860

No. 261. STANDARD PAVING CO. ET AL. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 10th Cir. Certiorari denied. *Gentry Lee* for petitioners. *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack* and *Irving I. Axelrad* for respondent.

No. 263. ARMOUR & CO. ET AL. v. CHICAGO, MILWAUKEE, ST. PAUL & PACIFIC RAILROAD CO. ET AL. C. A. 7th Cir. Certiorari denied. *Paul E. Blanchard, Frank W. Sullivan* and *John P. Staley* for petitioners. *Carson L. Taylor, Albert B. Enoch, S. R. Brittingham, Jr., Bryce L. Hamilton, Edwin R. Eckersall, Elmer W. Freytag, P. F. Gault, James E. Goggin* and *Joseph H. Wright* for respondents.

No. 267. SOUTHWEST NATURAL GAS CO. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 5th Cir. Certiorari denied. *Archie O. Dawson* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack* and *Hilbert P. Zarky* for respondent.

No. 268. AMERICAN FIDELITY & CASUALTY CO. ET AL. v. MANUFACTURERS CASUALTY INSURANCE CO. ET AL. C. A. 6th Cir. Certiorari denied. *S. Bartow Strang* and *Forrest S. Smith* for petitioners. *Charles A. Noone* for the Manufacturers Casualty Ins. Co., respondent.

No. 269. MOORE v. BRANNAN, SECRETARY OF AGRICULTURE, ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Wm. E. Leahy* and *Wm. J. Hughes, Jr.* for petitioner. *Solicitor General Perlman, Assistant Attorney General Morison, Charles H. Weston* and *Neil Brooks* for respondents.